[No. 31642-4-III.   Division Three.   February 28, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID E. NICKELS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 10-1-00322-6, Evan E. Sperline, J., entered April 12, 2013. *Reversed* and *remanded* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J., and Korsmo, J.

[No. 33018-4-III.   Division Three.   February 28, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT JAMES MIDDLEWORTH, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 10-1-00287-9, M. Scott Wolfram, J., entered February 9, 2015. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, J.; Lawrence-Berrey, A.C.J., dissenting.

[No. 33576-3-III.   Division Three.   February 28, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY E. COOLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 14-1-00230-0, Frances P. Chmelewski, J., entered June 30, 2015. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Lawrence-Berrey, J.; Fearing, C.J., dissenting.